IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGRANTE V. ELLIS, | 1:07-cv-01351-LJO-WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| JAMES E. TILTON, | (DOCUMENT #12) |
| Defendants. | 30-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 11, 2009, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   February 12, 2009**          **/s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE